[No. 33526-0-I.    Division One.    November 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-03333-0, Anthony P. Wartnik, J., entered October 7, 1993. *Reversed* and *dismissed* by unpublished per curiam opinion.

[No. 33850-1-I.    Division One.    November 21, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. RAMIRO SANCHEZ CASTRO, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-1-00262-8, George McIntosh, J., entered November 13, 1993. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 16213-0-II.    Division Two.    November 21, 1994.]

LUCILLE ANN ROBISON, *Appellant*, v. STANLEY THOMSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 91-2-00423-2, David R. Draper, J., entered June 8, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.